UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO TORRES,<br><br>    Plaintiff,<br><br>    v.<br><br>NATALIE SABA, et al.,<br><br>    Defendants. | Case No. 17-cv-06587-SI<br><br>**ORDER EXTENDING DEADLINES**<br>Re: Dkt. No. 30 |

Plaintiff has requested an extension of the deadline to file his opposition to two pending motions to dismiss. Upon due consideration, the court GRANTS the request. Docket No. 30. The court now sets the following new briefing schedule for the motion to dismiss filed by the court reporter defendants and for the motion to dismiss filed by the public defender defendants. Plaintiff must file and serve on defense counsel his opposition to each motion to dismiss no later than **August 31, 2018**. Defendants must file and serve their reply briefs (if any) no later than **September 14, 2018.**

Plaintiff is cautioned that the deadline for him to file his oppositions will not be further extended because, by the time it arrives, he will have had four months to prepare his oppositions. The motions to dismiss are challenges to plaintiff's pleading, and do not require plaintiff to present all the evidence to prove his case at this time.

**IT IS SO ORDERED**.

Dated: July 27, 2018

_____
SUSAN ILLSTON
United States District Judge