UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARIO TORRES,

    Plaintiff,

v.

NATALIE SABA, et al.,

    Defendants.

Case No. 17-cv-06587-SI

**JUDGMENT**

This action is dismissed (a) for failure to state a claim upon which relief may be granted as to the claims giving the court federal question jurisdiction and (b) without prejudice to plaintiff filing an action in state court to pursue his state law claims.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: January 4, 2019

_____
SUSAN ILLSTON
United States District Judge